RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Odumuyiwa Oluwasegun

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ODUMUYIWA OLUWASEGUN,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00191-BNW<br><br>**STIPULATION TO CONTINUE IDENTITY HEARING (FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Odumuyiwa Oluwasegun, that the Identity Hearing currently scheduled on February 26, 2024, be vacated and continued to March 4, 2024.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The government indicated it would be unable to disclose the evidence against Mr. Oluwasegun until Sunday, February 25, 2024, given the short turnaround time and the fact that this case stems from the Eastern District of Missouri, requiring significant coordination with out of circuit witnesses.

2. Mr. Oluwasegun needs additional time to review the discovery to prepare for the identity hearing.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the identity hearing.

DATED this 23rd day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ODUMUYIWA OLUWASEGUN,<br><br>  Defendant. | Case No. 2:24-mj-00191-BNW<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the identity hearing currently scheduled for Monday, February 26, 2024 at 9:00 a.m., be vacated and continued to March 4, 2024 at the hour of 10:00 a..m.

  DATED this 25th day of February, 2024.

  _____
  UNITED STATES MAGISTRATE JUDGE